# Knuckles Komosinski & Manfro LLP

565 Taxter Road, Suite 590 | Elmsford, New York 10523
Tel (914) 345-3020 | eFax (914) 992-9154 | www.kkmllp.com

**Partners**
Mark R. Knuckles
Richard F. Komosinski
Jordan J. Manfro

**Sara A. Coletti**
*Associate Attorney*
(914) 345-3020, ext. 331
sat@kkmllp.com

July 24, 2018

<u>**VIA ECF**</u>
Judge Louis A. Scarcella
U.S. Bankruptcy Court, EDNY
Alfonse M. D'Amato U.S. Courthouse
290 Federal Plaza
Central Islip, NY 11722

   Re: In re: Carol A Lotito
     Case No: 18-71392-las

Dear Judge Louis A. Scarcella:

As you may recall, this office represents the interests of MTGLQ Investors, L.P. c/o Selene Finance LP, a secured creditor, in the above-referenced matter.

Please allow this letter to serve as a loss mitigation status update.

On July 5, 2018, Debtor's counsel submitted additional documents to our office. Same were forwarded to our client who has advised that the package is under review.

Should you have any questions, please do not hesitate to contact me.

            Respectfully,
            **Knuckles, Komosinski & Manfro, LLP**

            _____
            Sara A. Coletti, Esq.
            Counsel for MTGLQ Investors, L.P.
            c/o Selene Finance LP

CC: All counsel - VIA ECF

**New Jersey Office** 50 Tice Boulevard, Suite 183 | Woodcliff Lake, NJ 07677 | Tel (201) 391-0370 | eFax (201) 781-6744